# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ezekiel Davis | COURT CASE NUMBER: 17cv293 JHP SPS |
| DEFENDANT: Latreena Edward | TYPE OF PROCESS: |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Latreme Edward

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
See Address Provided for Latoya Edwards - Latreme Edwards

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

See Address Provided for Latoya Edwards - Latreme Edwards

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

2019 SEP 11 AM 11: 47 RECEIVED U.S. MARSHALS EASTERN OKLAHOMA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Plaintiff Ezekiel Davis has sought discovery of this defendant Latoya Edward and was told she had been identified as Latreme Edwards.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Ezekiel Davis*
TELEPHONE NUMBER: N/A
DATE: 9-9-19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 63 | 63 | MS | 9/11/19 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

FILED OCT 21 2019 PATRICK KEANEY Clerk, U.S. District Court By _____ Deputy Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10-11-19
Time: 11:41 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $195.00 | 98.10 | 0.00 | 293.10 | | | |

**REMARKS:** Subject no longer resides at provided address. Occupant has no idea of subject identity.

1 DUSM × 3 hours   180 miles   R.J.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# J. RALPH MOORE, P.C.
## ATTORNEYS AT LAW

J. RALPH MOORE (1928-2008)
JULIA L. NEFTZGER
DARRELL L. MOORE

P.O. BOX 368
PRYOR, OKLAHOMA 74362
918-825-0332
918-825-7730 (FAX)
jrmpc@swbell.net

August 27, 2019

United States Marshal's Service
Eastern District of Oklahoma
U.S. Courthouse
111 N. 5th Street, Room 136
Muskogee, OK 74401

Re:   Case CIV-17-293-JHP-SPS; Davis v. CoreCivic., et al

Dear Sir or Madam:

Plaintiff, inmate Ezekiel Davis, ODOC#186754, has presented Defendants with discovery requesting an address for Defendant Edwards. Ms. Edwards is no longer employed by CoreCivic, however her last known address is provided below.

We have responded to the Plaintiff's discovery noting that we are providing the information to your office for effecting service:

Latreena Edwards
122 Billington Dr
Holdenville, OK  74848

If you have any questions regarding this matter, please give me a call.

Sincerely,

Darrell L. Moore

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-17-293-JHP-SPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Latreona Edwards__

was received by me on *(date)* __10-10-19__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Subject no longer lives at address__ ; or

☐ Other *(specify)*:

My fees are $ __98.10__ for travel and $ __195.00__ for services, for a total of $ __293.10__ 0.00.

I declare under penalty of perjury that this information is true.

Date: __10-11-19__

_____
Server's signature

__Jeffrey A. Landy    DUSM__
Printed name and title

__111 N. 5th, Muskogee, OK 74401__
Server's address

Additional information regarding attempted service, etc: