|  |  |
|---|---|
|  | **FILED**<br>**United States Court of Appeals**<br>**Tenth Circuit** |
| **UNITED STATES COURT OF APPEALS** | |
| **FOR THE TENTH CIRCUIT** | **February 3, 2021** |
| ———————————————— | **Christopher M. Wolpert**<br>**Clerk of Court** |

EZEKIEL DAVIS,

    Plaintiff - Appellant,

v.

CORE CIVIC, INC., et al.,

    Defendants - Appellees.

No. 20-7069
(D.C. No. 6:17-CV-00293-JFH-SPS)
(E.D. Okla.)

————————————————

**ORDER**

————————————————

On December 28, 2020, this court: (1) held that the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), applies to this appeal; (2) ordered appellant Ezekiel Davis to pay the full $505.00 appellate filing fee to the district court on or before January 19, 2021; and (3) advised Mr. Davis that, if the district court did not receive timely payment in full of the appellate filing fee, this court would dismiss his appeal without further notice. *See* 28 U.S.C. § 1915(g); 10th Cir. R. 3.3(B), 10th Cir. R. 42.1.

This matter is now before the court because Mr. Davis has not paid the appellate filing fee to the district court. Accordingly, the court dismisses Mr. Davis's appeal for failure to prosecute. *See* 10th Cir. R. 3.3(B) and 42.1.

A copy of this order shall stand as and for the mandate of the court.

                                    Entered for the Court
                                    CHRISTOPHER M. WOLPERT, Clerk

                                    by: Lisa A. Lee
                                        Counsel to the Clerk